# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Shaun Weaver,

Plaintiff,

v.

Will County Sheriff Michael Kelley, et al.,

Defendants.

Case No. 21-cv-00203

Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants Will County Sheriff Michael Kelley, Will County, Rob Jeffreys, David Gomez, Tammy Garcia, Caroline Hughes, Leann Turner
and against plaintiff Shaun Weaver.

Defendants shall recover costs from plaintif.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 12/15/2023

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk